## TUNNELL v. STATE.

### No. 26744.

Court of Criminal Appeals of Texas.

Jan. 6, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

WOODLEY, Judge.

The offense is driving a motor vehicle while intoxicated. A jury assessed the punishment at a fine of $250.

All proceedings appear regular in every respect. The record on appeal contains no statement of facts and no bills of exception. Nothing is presented for review by this court.

The judgment is affirmed.